**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Baltimore Division*

| | |
|---|---|
| JUDY LAVERN WALTERS )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>PETCO ANIMAL SUPPLIES STORES, INC., )<br>)<br>    Defendant. )<br>) | Case No. JKB 18-3188<br><br>Chief Judge James K. Bredar |

## ENTRY OF APPEARANCE

Dear Clerk:

Please enter the appearance of Brigitte J. Smith and Wilson Elser Moskowitz Edelman & Dicker, LLC as counsel for Defendant Petco Animal Supplies Stores, Inc.

                                                  Respectfully submitted,

                                                  WILSON, ELSER, MOSKOWITZ,
                                                  EDELMAN & DICKER LLP

By:     */s/ Brigitte Smith*
           Brigitte J. Smith (Bar No. 28426))
           WILSON, ELSER, MOSKOWITZ,
           EDELMAN & DICKER LLP
           500 East Pratt Street, Ste. 600
           Baltimore, MD 21202
           410.539.1800 (Main)
           410.962.8758 (Fax)
           Brigitte.Smith@wilsonelser.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was electronically served on this 22nd day of February, 2019 on:

Karmen Slezak, Esquire
Kevin Clasing, Esquire
The Law Offices of Parker, Pallett, Slezak and Russell, LLC
11450 Pulaski Highway
White Marsh, MD 21162
*Attorneys for Plaintiff*

/s/ *Brigitte J. Smith*
Brigitte J. Smith (Bar No. 28426)

893686v.1